## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Allan Westby,                                         **Civil No. 05-2921 (RHK/AJB** )

           Plaintiff,                                 **ORDER**

v.

Accounts Receivable Services, LLC,
d/b/a Reliance Recoveries, Inc, a domestic
corporation, and Jennifer Gibbs, Individual,

           Defendants.

---

  **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its

merits with prejudice and without costs, disbursements or attorney's fees to any party.

  **IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT**

**SHALL BE ENTERED ACCORDINGLY**.

Dated: January 23, 2006

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge